# United States Court of Appeals
## For the First Circuit

---

Nos. 21-1384, 24-1201

CHRISMA FELIN MONDZALI BOPAKA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on December 13, 2024, is amended as follows:

On page 13, line 6, replace "of feared" with "or feared".